**William R. TINNERMAN,
Petitioner–Appellant**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.**

No. 10–1339.

United States Court of Appeals, District of Columbia Circuit.

Jan. 3, 2012.

Donald Wills Wallis, Esquire, Upchurch, Bailey & Upchurch, PA, St. Augustine, FL, for Petitioner–Appellant.

Marion E.M. Erickson, Teresa E. McLaughlin, Gilbert Steven Rothenberg, Esquire, U.S. Department of Justice, Washington, DC, for Respondent–Appellee.

BEFORE: SENTELLE, Chief Judge, and HENDERSON and GARLAND, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This case was considered on the record from the United States Tax Court and the briefs submitted by counsel. It is

**ORDERED** that the judgment of the Tax Court is affirmed.

William Tinnerman (Appellant) appeals the Tax Court's order upholding the deci-

sion of an Internal Revenue Service hearing officer following the Appellant's collection due process hearing. The Tax Court also imposed a penalty upon the Appellant for maintaining a frivolous position. For the reasons stated in the Tax Court's opinion filed July 13, 2010, we affirm. It is

**FURTHER ORDERED** that Appellee Commissioner's motion for sanctions is granted in the amount of $8,000 to be imposed jointly and severally against the Appellant and his counsel, Donald W. Wallis, for pursuing a frivolous appeal. *See* 26 U.S.C. § 7482(c)(4); 28 U.S.C. § 1912; Fed. R.App. P. 38. It is

**FURTHER ORDERED** that the Appellant's motion to strike is dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41(a)(1).